1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER,

11            Plaintiff,                    No. 2:12-cv-01468 KJN P[1]

12       vs.

13   JESSICA GRAVES,

14            Defendant.                    ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis[1] pursuant to

18   28 U.S.C. § 1915.  This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1)

19   and Local Rule 302.

20            Plaintiff is subject to the "three strikes rule" set forth in 28 U.S.C. § 1915(g),

21   which precludes a plaintiff from proceeding in forma pauperis absent a showing that he is in

22   imminent danger of serious physical injury.  Pursuant to this rule, plaintiff has repeatedly been

23   _____

24

25        [1]  While plaintiff has not separately filed a motion to proceed in forma pauperis, attached
     to his complaint is a summary of plaintiff's jail trust account activity, apparently signed by an
26   authorized officer.  (See Dkt. No. 1 at 4.)

1    found barred from proceeding in forma pauperis in this district.  See e.g. Weaver v. California

2    Correctional Institution, et al., Case No. 1:06-cv-01429 OWW SMS P (E.D. Cal. 2007 ) (Dkt.

3    No. 4 at 1 n.1);  Weaver v. Nguyen, Case No. 1:11-cv-0011 KJN P (E.D. Cal. 2011) (Dkt. No. 4);

4    Weaver v. Gillen, Case No. 2:11-cv-2126 JAM GGH P (E.D. Cal. 2012) (Dkt. Nos. 5, 6, 7).[2]

5    Moreover, plaintiff is listed as three-strikes barred in the National Pro Se Three-Strikes

6    Database.[3]

7             In the instant complaint, plaintiff challenges the allegedly ongoing failures of his

8    trial counsel (e.g., failure to interview witnesses, failure to move for dismissal), claims which do

9    not appear to be cognizable in a federal civil rights action.  Plaintiff does not allege that he is in

10   imminent danger of serious physical injury.  Accordingly, plaintiff must pay the $350.00 filing

11   fee before this action can proceed.  Plaintiff is cautioned that failure to pay the filing fee will

12   result in a recommendation that this action be dismissed.

13            In accordance with the above, IT IS HEREBY ORDERED that:

14            1.  Plaintiff's motion to proceed in forma pauperis (Dkt. No. 1 at 4), is denied;

15            2.  Plaintiff shall submit, within twenty-one days after the filing date of this order,

16   the full $350.00 filing fee for this action; and

17            3.  Plaintiff's failure to comply with this order will result in a recommendation

18   that this action be dismissed.

19   DATED:  June 12, 2012

20

21                                           _____
                                             KENDALL J. NEWMAN
22                                           UNITED STATES MAGISTRATE JUDGE

23   weav1468.3strikes

24   _____

25   [2]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

26   [3]  National Pro Se Three-Strikes Database, http://nprose.circ9.dcn/Litigant.aspx.